HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL GOUGH, et al.,

          Plaintiff,

    v.

PEACEHEALTH ST. JOSEPH MEDICAL CENTER,

          Defendant.

CASE NO. C12-346 RAJ

ORDER

This matter comes before the court on the parties' stipulated motion to grant leave to withdraw as attorney for plaintiffs. Dkt. # 69. The stipulated motion does not conform to this District's local rules, which require, among other things, a certification that the motion was served on the client. Local Rules W.D. Wash. CR 83.2(b)(1). It is unclear to the court whether the stipulation was served on plaintiffs or whether they object to their counsel withdrawing as counsel of record.

For all the foregoing reasons, the motion is DENIED without prejudice. The parties may re-file a stipulated motion that complies with all the requirements of LCR 83.2(b).

ORDER- 1

1 | Dated this 24th day of October, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2