HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL GOUGH, et al.,

        Plaintiff,

   v.

PEACEHEALTH ST. JOSEPH
MEDICAL CENTER,

        Defendant.

CASE NO. C12-346 RAJ

ORDER

    This matter comes before the court *sua sponte*. On October 24, 2013, the court denied the parties' stipulation to grant leave to plaintiffs' counsel to withdraw as counsel of record because the stipulated motion did not comply with Local Civil Rule 83.12(b)(1). On November 15, 2013, the court ordered counsel for plaintiffs, Lonnie Davis, to advise the court whether he is continuing as plaintiffs' counsel of record no later than November 22, 2013. Dkt. # 71. To date, the court has not heard from Mr. Davis. Accordingly, the court ORDERS Mr. Davis to SHOW CAUSE no later than Friday, December 13, 2013, why he should not be sanctioned $500 for violating a prior order of the court.

    The court also ORDERS Mr. Davis to provide copies of the court's October 24 and November 15, 2013 orders (Dkt. ## 70, 71), a copy of this order, and a copy of

ORDER- 1

defendant's pending motion for an order to show cause why this case should not be dismissed for lack of prosecution (Dkt. # 72) to plaintiffs no later than Friday, December 13, 2013. Mr. Davis is also ORDERED to provide the court written confirmation that he has provided copies of these three orders and defendant's motion for an order to show cause regarding dismissal to plaintiffs no later than Friday, December 13, 2013. Failure to do so may result in daily monetary sanctions until he complies with orders of this court.

Dated this 9th day of December, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2