HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL GOUGH, et al., | |
| Plaintiff, | CASE NO. C12-346 RAJ |
| v. | ORDER |
| PEACEHEALTH ST. JOSEPH MEDICAL CENTER, | |
| Defendant. | |

This matter comes before the court on plaintiffs' motion to withdraw as attorney and the parties' stipulation to grant leave to withdraw as attorney for plaintiffs. Dkt. # 75-76. Plaintiffs Mr. and Mrs. Gough have also signed the stipulation.

Accordingly, the court GRANTS the motion, and Mr. Davis is hereby discharged as counsel for plaintiffs. The court notes that plaintiffs are now proceeding *pro se*. The Clerk is ORDERED to serve plaintiffs with a copy of this order to their last known address provided by Mr. Davis:

Michael and Constance Gough
8710 Wood Duck Way
Blaine, WA  98230

ORDER- 1

1  Since plaintiffs are now proceeding *pro se*, the court encourages them to review
2  resources with respect to representing oneself on the court's website, available at
3  http://www.wawd.uscourts.gov/pro-se.  The court also expects plaintiffs to review and
4  abide by the local civil rules, available at
5  http://www.wawd.uscourts.gov/sites/wawd/files/LocalCivilRules_Dec17_2012.pdf .
6  The court also VACATES the order to show cause (Dkt. # 74) based on Mr.
7  Davis's representations (Dkt. ## 77-78).
8
9  Dated this 13th day of December, 2013.
10
11
12  _____
13  The Honorable Richard A. Jones
    United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER- 2