UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL GOUGH, et al.

Plaintiffs,

vs,

PEACEHEALTH ST. JOSEPH MEDICAL CENTER

Defendant.

Case Number C12-346 RAJ

ORDER APPOINTING COUNSEL FROM PRO BONO PANEL

The Court hereby appoints Justo G. Gonzalez and the law firm of Stokes Lawrence, P.S., 1420 Fifth Avenue, Suite 3000, Seattle, WA 98101, (206) 626-6000, as counsel for plaintiffs pursuant to the "Plan of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants in Civil Rights Actions."

Counsel is directed to file a Notice of Appearance within ten (10) calendar days. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should immediately be filed with the assigned judge

In the event plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source, however.

The Clerk is directed to send a copy of this Order to plaintiffs, to counsel for plaintiffs and to counsel for defendant.

DATED this 19th day of February, 2014.

The Honorable Richard A. Jones
United States District Judge